### WILLIAM H. GURNEY vs. DAVID PARKS.

Where a verdict was rendered for defendant at the circuit, and plaintiff moved for a new trial on a bill of exceptions, which was decided in favor of the defendant; and pending the motion for a new trial the defendant died; the defendant, on application, was permitted to enter judgment as of the next succeeding term, after verdict, during the life time of defendant.

*Motion by defendant for leave to enter up judgment on the verdict rendered in this cause, as of May term,* 1841.—Replevin, tried at the Dutchess circuit, 1840; verdict for defendant for rent, $179, and the value of the goods were assessed at $260. Proceedings were stayed, and bill of exceptions brought by plaintiff's attorney. On the 12th December last, defendant's attorney served a notice of argument on plaintiff's attorney, for January term last; at which term judgment of affirmance was rendered for defendant. David Parks, the defendant, died on the 10th March, 1843, pending the motion for a new trial.

Plaintiff's attorney states he never received any notice of argument in the cause for January term last.

M. T. REYNOLDS, *Defts Counsel.*          D. PECK, *Defts Atty.*
S. STEVENS, *Plffs Counsel.*          WILLIAM ENO, *Plffs Atty.*

BRONSON, Chief Justice.—This question is decided by the case of *Spalding vs. Congdon,* 18 *Wendell,* 543.

*Decision.*—Motion granted.